**Opinion issued December 11, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00810-CV

_____

**WARRIOR ELECTRIC, INC., Appellant**

**V.**

**SUNBELT RENTALS, INC., Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-56431**

## MEMORANDUM OPINION

Appellant and appellee have filed an agreed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1. The motion complies with Rule 42.1, and we have not yet issued an opinion. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.